DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIMMY JEROME RAYE**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D19-686

[May 30, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 472004CF000320A.

Jimmy Jerome Raye, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***